# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DONNA B.1,
    Plaintiff(s),

  v.                                      Case No. 2:24-cv-812
                                              (Litkovitz, MJ ; Consent Case)

Commissioner of Social Security,
    Defendant(s).

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDER granting the parties [10] Joint Motion to Remand to Commissioner of Social Security. This case is REMANDED to the Commissioner of Social Security for further administrative proceedings; and the Clerk of Court is DIRECTED to enter a separate judgment as required by Fed. R. Civ. P. 58. Signed by Magistrate Judge Karen L. Litkovitz on 7/13/2024. (See Doc. 11).

Date: July 14, 2024

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

                                            Richard W. Nagel, Clerk of Court
                                            By:  s/Arthur Hill, deputy clerk