**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **DONNA BISHOP,** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**MARTIN O'MALLEY,** )<br>**Commissioner of Social Security,** )<br>    Defendant. )<br> ) | Civil No. 2:24-cv-00812<br><br>Magistrate Judge Karen L. Litkovitz |

**ORDER**

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $6,264.19.

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. Payment shall be delivered electronically or by mail to Olinsky Law Group.

IT IS SO ORDERED.

Date: 10/14/2024        Entered: *Karen L. Litkovitz*
                                Karen L. Litkovitz, U.S. Magistrate Judge